```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | DAVID M. McNEES
   | Special Assistant U.S. Attorney
 3 | California State Bar No. 216612
   | Federal Office Building
 4 | 880 Front Street, Room 6293
   | San Diego, California 92101-8893
 5 | Telephone: (619) 557-5979
   | E-mail: david.mcnees@usdoj.gov
 6 |
   | Attorneys for Plaintiff
 7 | United States of America
```

FILED

2008 JUL 22 PM 2:22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Civil No. '08 CV 1318 BTM CAB
                                    )
            Plaintiff,              )   COMPLAINT FOR
                                    )   FORFEITURE
     v.                             )
                                    )
TWO CERTIFICATES OF DEPOSIT         )
IN BANK OF AMERICA                  )
VALUED AT $20,256.01,               )
                                    )
            Defendant.              )
_____)

By way of complaint against the defendant, TWO CERTIFICATES OF DEPOSIT IN BANK OF AMERICA VALUED AT $20,256.01 (hereinafter "defendant currency"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendant property was found within this district.

3. In March 2007, San Diego County Sheriff detectives obtained information relating to a marijuana cultivation operation on 474 Arroyo Drive, Encinitas, CA. Detectives were also told that brothers Brian and Devin Boyd were the primary residents at that location and were running the operation. There was also information provided that indicated the brothers were also involved in stealing vehicles and trailers.

DMM:2008V00278:tlr

1  Detectives investigated the information they had received and subsequently obtained a
2  search warrant for the residence on May 14, 2007. Officers served the warrant the next morning at
3  6:00am.

4  When officers served the search warrant Brian and Devin Boyd were present in the
5  residence. Officers noted that there were many surveillance cameras mounted at the residence covering
6  front and back door areas. There was also a motion sensor located near the front gate. Detectives also
7  located may items of dominion and control relating to Devin Boyd, Brian Boyd, and Rene Boyd.

8  Detectives entered the master bedroom of the residence and discovered that the closet had
9  been converted into a marijuana cultivation room. There were fifty (50) plants that had been cut at the
10 stalks with visible root systems still attached. The water source for the marijuana was a 50 gallon
11 cannister located in the adjacent bathroom. Above each tray were 3 one thousand watt high pressure
12 lights that were powered by a power ballast. The closet also contained dryer ducting to remove the heat,
13 Mylar reflective material, an air conditioner, light timers, and a $CO_2$ tank. All of these items are
14 consistent with and used to enhance marijuana cultivation.

15 In the master bathroom detectives located several containers of nutrients to assist in
16 marijuana cultivation. An additional fifteen (15) marijuana plants with a visible root system were also
17 found. There were also fourteen (14) glass mason jars of various sizes located within the bedroom.
18 These jars all contained bulk marijuana. Located next to some of the bulk marijuana were two
19 documents which narcotics detectives believed to be pay and owe sheets. There were also eleven plastic
20 bags of bulk marijuana buds and shake located in the room. Under the mattress of the bed, detectives
21 located six baggies with marijuana shake and two baggies with marijuana stems and leaves. There were
22 also several empty baggies with "$45" or "$50" written on them. Other baggies had "do not sell" or
23 "don't sell" written on them. The room had two string lines with paper clips attached to them running
24 across it. The lines are used to hang marijuana stocks upside down. An electronic scale and additional
25 bulk marijuana was also found in a box located on a dresser.

26 Detectives then searched the room belonging to Devin Boyd. In this room detectives
27 located a loaded shotgun, a marijuana smoking pipe, marijuana magazines, marijuana growing
28 instructions, a receipt from San Diego Hydroponics, and more extensive pay and owe sheets.

In addition, there was a credit union receipt for $10,000 and a total of $10,122 in cash in various denominations. These items, along with various weapons were located in five different areas within the bedroom.

Brian Boyd's bedroom was also searched by the detectives. In this bedroom, they located two loaded handgun, ammunition, two glass smoking pipes, and $23,822 in currency. In the lower portion of the house, two loaded shotguns, night vision goggles, a Carlsbad police cap, a stun gun, and expandable baton were all found. Stolen mail in the name of Leonard Salvo was also located.

During the surveillance of the property detectives learned a 2005 Dodge pick up was registered to the Boyd family trust, and was the primary transportation of Brian Boyd. Detectives searched this vehicle and located 3.08 grams of marijuana in the center console. Based on the marijuana discovered, and the fact that Brian Boyd had no apparent legitimate source of income, this vehicle was seized.

Pursuant to an ongoing investigation, on March 6, 2008, Task Force Officer Dressler requested and obtained a seizure warrant for the monies contained in account numbers 11823-07920 and 11829-41597 in the name of Devin Jan Boyd held at Bank of America, with a mailing address of 8949 Clairemont Mesa Boulevard, San Diego, CA. This warrant was based on information that account 11829-41597 opened June 12, 2006, had totaled $72,500.00 in deposits and account 11823-07920 was a certificate of deposit opened with money from account 11829-41597. According to Employment Development Department no record of income for Devin Boyd could be confirmed after the last quarter of 2005. The seizure was executed at Bank of America and a bank representative issued a Bank of America cashier's check in the amount of $20,256.01 on March 7, 2008, payable to the United States Marshal Service.

4. On and/or prior to March 6, 2008, the defendant currency was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

5. Alternatively, on and/or prior to March 6, 2008, the defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

6. Alternatively, on and/or prior to March 6, 2008, the defendant currency was used or was intended to be used to facilitate a violation of Title 21 of the United States Code, Section 881.

7. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

8. The defendant currency is presently stored within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: *July 22, 2008*

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

4

## VERIFICATION

I, Nancy Zuniga-Ryan, hereby state and declare as follows:

1. I am a Special Agent with the Drug Enforcement Administration.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on July 21, 2008

NANCY ZUNIGA-RYAN
Special Agent, DEA

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Two Certificates of Deposit in Bank of America Valued at $20,256.01

FILED
2008 JUL 22 PM 2:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'08 CV 1318 BTM CAB

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Office of the US Attorney SAUSA David M. McNees (619) 557-5979
880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21 U.S.C. Section 881
Brief description of cause:
narcotics trafficking

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: July 22, 2008
SIGNATURE OF ATTORNEY OF RECORD: [signature] David McNees

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____