1

2

3

4

5

6

7

8

9

FILED

2008 JUL 25  PM 1:50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

'08  CV 1318 BTM CAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA,             )             Civil No. | |
| 11                         Plaintiff,          ) | |
| 12           v.                              )      ORDER APPOINTING UNITED STATES |
| | MARSHAL AS CUSTODIAN AND |
| 13  TWO CERTIFICATES OF DEPOSIT,        )      DEPOSITING THE DEFENDANT |
| | INTO THE SEIZED ASSETS |
| IN BANK OF AMERICA                     )      DEPOSIT ACCOUNT |
| 14  VALUED AT $20,256.01,                 ) | |
| 15                         Defendant.          ) | |

16

17          Upon a motion by plaintiff, United States of America, and it appearing that the United States

18  Marshal has consented to assume responsibility for the custody and maintenance of the defendant

19  currency during the time it remains in the custody of this Court under its process herein,

20          IT IS HEREBY ORDERED that upon the arrest of the defendant currency, the United States

21  Marshal shall be custodian of the defendant currency on behalf of this Court until further order, and

22          IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currency

23  in the Seized Assets Deposit Account which shall be substituted as the res in this action.

24

25  DATED: July 24, 2008

26

27          _____
         UNITED STATES DISTRICT JUDGE

28